CRIMINAL CASE COVER SHEET
U.S. DISTRICT COURT
PLACE OF OFFENSE:

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 19 2015
ARTHUR JOHNSTON
BY _____ DEPUTY

CITY: __Jackson__

COUNTY: __Hinds__

RELATED CASE INFORMATION:
SUPERSEDING INDICTMENT ____ DOCKET # __3:15cr69HTW-FKB__
SAME DEFENDANT ____ NEW DEFENDANT ____
MAGISTRATE JUDGE CASE NUMBER ____
R 20/ R 40 FROM DISTRICT OF ____

**DEFENDANT INFORMATION:**

JUVENILE: ____ YES __X__ NO

MATTER TO BE SEALED: __X__ YES ____ NO

NAME/ALIAS: __Sam Waggoner__

**U.S. ATTORNEY INFORMATION:**

AUSA __J. Scott Gilbert__   BAR # __102123__
AUSA __Darren J. LaMarca__   BAR # __1782__

INTERPRETER: __X__ No ____ Yes   LIST LANGUAGE AND/OR DIALECT: ____

**LOCATION STATUS:**   ARREST DATE ____

____ ALREADY IN FEDERAL CUSTODY AS OF ____
____ ALREADY IN STATE CUSTODY
____ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: __1__   ____ PETTY ____ MISDEMEANOR __1__ FELONY

| (CLERK'S OFFICE USE ONLY) | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
|---|---|---|---|
| Set 1  18:666C.F | 18 USC § 666(A)(2) | Bribery concerning programs Receiving federal funds | 1 |
| Set 1 | | | |

Date: __8-18-15__   **SIGNATURE OF AUSA:** ____

Revised 2/26/2010