IN THE UNITED STATES OF AMERICA
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

V.                                                    CRIMINAL NO. 3:15cr69 HTW-FKB

SAM WAGGONER

**AGREED ORDER CONTINUING SENTENCING**

The United States Attorney, by and through his undersigned assistant, and defendant, SAM WAGGONER, by counsel, hereby enter consent to a continuance of the sentencing of the defendant for the reasons expressed in this Court during the hearing in Docket No. 3:14cr111HTW-FKB held on April 11, 2016, and agree that the sentencing of defendant be continued to a date certain to follow the evidentiary hearing in Docket No. 3:14cr111HTW-FKB to be held on June 9, 2016.

It is therefore ORDERED that the sentencing of the defendant, SAM WAGGONER, is hereby continued to a date to be set by the Court following June 9, 2016.

SO ORDERD, this the 12th day of April, 2016.

_____
UNITED STATES DISTRICT JUDGE

AGREED:

_____
NICHOLAS R. BAIN
ATTORNEYS FOR DEFENDANT

_____
DARREN J. LAMARCA
ASSISTANT U.S. ATTORNEY